```
            DATE:    5/26/2009         AT:  3:00
```

BEFORE JUDGE JOANNA SEYBERT:

CIVIL CAUSE FOR STATUS CONFERENCE

DOCKET NUMBER:    09-1207

TITLE: TANKLEFF -V- SUFFOLK CO.

APPEARANCES:

FOR PLAINTIFF(S): BRUCE BARKET, DEBORAH CORNWALL,
                  BARRY POLLACK

FOR DEFENDANT(S):  RICHARD DUNNE, SUSAN FLYNN

REPORTER:    O. WICKER

__X__   CASE CALLED.

__X__   COUNSEL FOR ALL SIDES PRESENT.

_____   COUNSEL FOR _____ NOT PRESENT.

__X__   CONFERENCE HELD.

_____   DISCOVERY TO BE COMPLETED BY_____

_____   PARTIES TO COMPLETE_____
        BY THE NEXT CONFERENCE OR BY_____

_____   NEXT CONFERENCE SET FOR_____

_____   CASE TO BE REFERRED/ASSIGNED TO MAGISTRATE JUDGE_____
        FOR_____

_____   MOTION TO BE FILED BY __/__/2009 ;
                RESPONSE BY __/__/2009 ;
                REPLY BY    __/__/2009 .

_____   JURY SELECTION SET FOR __/__/2009 AT 9:30AM BY LAW CLERK

_____   TRIAL SET FOR_____

__X__   OTHER DEFENDANTS WILL ANSWER OR MOVE TO DISMISS WITHIN
        30 DAYS.  STIPULATION/PROPOSED ORDER RE: UNSEALING TO BE
        SUBMITTED.