UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
MARTIN TANKLEFF,

                      Plaintiff(s),                  **ORDER**
                                                                                   CV 09-1207  (JS) (WDW)

       -against-

COUNTY OF SUFFOLK, et al.,

                      Defendant(s).
----------------------------------------------------------X

**WALL, Magistrate Judge:**

      Before the court is plaintiff's motion dated December 2, 2009 in which he seeks to compel production of approximately 14 boxes of documents from the New York Attorney General's Office ("AG's Office"), a nonparty. *See* Docket Entry [27].   This request is necessitated, according to plaintiff, because "[d]espite our repeated requests and assurances that we would receive non-privileged materials and a privilege log by a date certain, up to 14 more boxes of AG-generated documents still have yet to be produced, and no privilege log been provided." *Id.* at 2.  Plaintiff's letter then goes on to address three privileges that he "believe[s] the AG's Office may attempt to invoke." *Id.*

      The court does not issue advisory opinions.  Since plaintiff seeks a ruling regarding the validity of privileges not yet asserted by the AG's Office, the motion is denied as premature.   If plaintiff and the AG's Office cannot agree upon a timetable for production of the documents and privilege log, plaintiff may renew his request as a motion to compel production.

      Plaintiff's counsel is directed to immediately forward a copy of this order to counsel for the AG's Office.


Dated:  Central Islip, New York                  **SO ORDERED:**
          December 3, 2009


                                                       /s/ William D. Wall
                                                      WILLIAM D. WALL
                                                     United States Magistrate Judge