UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SAF 5652

MARTIN TANKLEFF,

                                    Plaintiff,

                    -against-

THE COUNTY OF SUFFOLK, K. JAMES
MCCREADY, NORMAN REIN, CHARLES
KOSCIUK, ROBERT DOYLE, JOHN
MCELHONE, JOHN DOE POLICE
OFFICERS #1-10, RICHARD ROE, Suffolk
County Employees #1-10,

                                    Defendants.

**AFFIRMATION IN
SUPPORT OF
DEFENDANT'S MOTION
TO STRIKE
CV09-1207 (LDW)(WDW)**

        SUSAN A. FLYNN, being an attorney duly admitted to practice law in the courts

of the State of New York and admitted to practice in the United States District Court for the

Eastern District of New York, under the penalties of perjury, alleges as follows:

1.      This affirmation is submitted in support of the defendants' motion, pursuant to Federal

Rules of Civil Procedure, Rule 12(f), for an order striking the following language from the cover

page of plaintiff's complaint:

> "And when the last law was down, and the Devil turned round on you—
> where would you hide, Roper, the laws all being flat?  This country's planted
> thick with laws from coast to coast—man's laws, not God's—and if you cut them
> down—and you're just the man to do it—d'you really think you could stand
> upright in the winds that would blow then?
>                 *A Man for All Seasons,* (Act One, scene seven)."

2.      It is respectfully submitted, for the reasons set forth more fully in the attached

Memorandum of Law,   that the quotation above is exactly the kind of language prohibited by

Rule 12(f), insofar as it is immaterial and impertinent.  In addition, it adds nothing to the

substance of the complaint.

WHEREFORE, defendants County of Suffolk, Retired Detective  K. James McCready, Retired Detective Norman Rein, retired Detective Charles Kosciuk, Detective Robert Doyle and retired Detective Lieutenant John McElhone, respectfully request that this Court grant this motion pursuant to F.R.C.P. Rule 12(f).

Dated: Hauppauge, New York
      April 6, 2010

                        Respectfully submitted,

                        CHRISTINE MALAFI
                        Suffolk County Attorney
                        Attorney for Defendants
                            COUNTY OF SUFFOLK, K. JAMES McCray, NORMAN REIN, CHARLES KOSCIUK, ROBERT DOYLE, and JOHN MCELHONE
                        100 Veterans Memorial Highway
                        Hauppauge, New York 11788
                        (631) 853-4049

                    BY:   _____

                            Susan A. Flynn (SAF 5652)
                            Assistant County Attorney