UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MARTIN TANKLEFF,

                        Plaintiff,

-against-

THE COUNTY OF SUFFOLK, K. JAMES
MCCREADY, NORMAN REIN, CHARLES
KOSCIUK, ROBERT DOYLE, JOHN
MCELHONE, JOHN DOE POLICE
OFFICERS #1-10, RICHARD ROE, Suffolk
County Employees #1-10,

                        Defendants.

**SUGGESTION OF DEATH ON THE RECORD**

CV-09-1207 (JS)(AYS)

The defendants hereby suggest upon the record, pursuant to Rule 25(a)(1) and (2), the death of K. James McCready during the pendency of this action.

Dated: Hauppauge, New York
January 14, 2016

Respectfully submitted,
Dennis M. Brown
Suffolk County Attorney
Attorney for Defendants
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, New York 11788

BY: _____
Susan A. Flynn
Assistant County Attorney

TO:
Neufeld, Scheck & Brustin, LLP
Barket, Marion, Epstein & Kearon, LLP
Miller & Chevalier