UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MARTIN TANKLEFF,

          Plaintiff,

-against-

THE COUNTY OF SUFFOLK, THERESA and BRETT MCCREADY, as legal successors of K. JAMES MCCREADY, NORMAN REIN, CHARLES KOSCIUK, ROBERT DOYLE, JOHN MCELHONE, JOHN DOE POLICE OFFICERS #1-10, RICHARD ROE, Suffolk County Employees #1-10,

          Defendants.

NOTICE OF MOTION
PURSUANT TO F.R.C.P.
RULE 56
CV09-1207 (JS) (AYS)

PLEASE TAKE NOTICE, that upon the annexed Declaration in Support and upon the accompanying Memorandum of Law herein, and upon all prior pleadings and proceedings, the undersigned will move this Court, before the Honorable Joanna Seybert, U.S.D.J. at the United States Courthouse, located at 100 Federal Plaza, Central Islip, New York, on the ___ day of _____, **2016,** at 9 o'clock in the forenoon or as soon thereafter as counsel can be heard, for an Order pursuant to Fed.R.Civ.P. Rule 56 for partial summary judgment.

Dated: Hauppauge, New York
      January 15, 2016

Yours, etc.
DENNIS M. BROWN
Suffolk County Attorney
Attorney for Defendants
Veterans Memorial Highway
P.O. Box 6100
Hauppauge, New York 11788

BY:    */s/ Brian C. Mitchell*
        Brian C. Mitchell
        Assistant County Attorney

Neufeld Scheck & Brustin, LLP
99 Hudson Street, Eighth Floor
New York, NY 10013

Barket, Marion, Epstein & Kearon, LLP
666 Old Country Rd., Suite 700
Garden City, NY 11530

Miller & Chevalier, Chartered
655 Fifteenth Street, NW, Suite 900
Washington, D.C. 20005