UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

RD-6665

MARTIN TANKLEFF,

                        Plaintiff,

-against-

THE COUNTY OF SUFFOLK, THERESA and BRETT MCCREADY, as legal successors of K. JAMES MCCREADY, NORMAN REIN, CHARLES KOSCIUK, ROBERT DOYLE, JOHN MCELHONE, JOHN DOE POLICE OFFICERS #1-10, RICHARD ROE, Suffolk County Employees #1-10,

                        Defendants.

**DECLARATION IN SUPPORT OF THE DEFENDANTS' RULE 56 MOTION**
**CV-09-1207 (JS)(AYS)**

Brian C. Mitchell, an attorney, duly admitted to practice before this Court and the Courts of the State of New York, affirms as follows under penalty of perjury:

1. I am an Assistant County Attorney in the office of Dennis M. Brown, Suffolk County Attorney, attorney for the County of Suffolk, K. James McCready, Norman Rein, Charles Kosciuk, Robert Doyle and John McElhone (the County), defendants in the above civil rights action pursuant to 42 U.S.C. § 1983. I submit this declaration in support of the County's motion pursuant to Fed.R.Civ.P. Rule 56 for an order granting the County partial summary judgment.

2. It is respectfully submitted that based upon the case law and legal principals set forth the in attached Memorandum of Law, which is incorporated by reference, the County should be granted partial summary judgment.

3. In support of its motion, the County attaches the following exhibits and evidence, which your affirmant declares are true and accurate copies of the original exhibits and evidence:

**RULE 56 MOTION EXHIBITS/EVIDENCE LIST – VOLUME I**

A1. 911 call

A2. 911 call transcript

B. *People v Tankleff* criminal trial transcript (1990)

C. McCready Supplemental Report, 9/14/88

D. Oral Confession of Martin Tankleff

E. Photographs of Seymour Tankleff's office, Trial Exhibits #'s 74-d, 75:

F. Stand up Photo of Plaintiff, Trial Exhibit #11

G. Photograph of door/lock, Trial Exhibit #79

H. Photographs of light switch and wall with pictures, Trial Exhibit #'s 90 and 91

I. Sketch of Arlene's Tankleff's room, Trial Exhibit #169

J. Photographs of Arlene Tankleff's bedroom, Trial Exhibits #'s 7, 8, 9 and 10

K. Photograph of counter with knives, Trial Exhibit # 78b

L. Sketch of Plaintiff's Room, Trial Exhibit #168

M. Sketch of Parked Cars, Trial Exhibit #167

N. Photocopy of Trial Exhibit 170, the Miranda Rights Card

O. Exemplar Consent Form, Trial Exhibit 171

P. Photo of Blood on Plaintiff, Trial Exhibit 150

Q. Unsigned Written Confession, Trial Exhibit 172

R. Huntley Hearing Transcript (hereinafter HH)

S.   Prisoner Activity Log

T.   710.30 Notice

U.   Photo of Knife on Kitchen Counter, Trial Exhibit #'s 96-97

V.   Anderson Supplemental Report 9/8/88

W.   Rein Supplemental Report 9/10/88

X.   Rein Supplemental Report 9/11/88

Y.   McCready Supplemental Report 10/18/88

Z.   Two Rein Supplemental Reports 2/14/90

AA.  Rein Supplemental Report 4/4/90

BB.  Affidavit in Response to Plaintiff's 12/14/88 Motion to Suppress with Attachments containing Correspondence Referencing Lab Number 988-57483

CC.  Robert C. Gottlieb Motion to Suppress and Preclude 12/14/88 with Attachments

DD.  Seventeen Page Report containing Five Separate Lab Reports including 988-57483

EE.  Photographs of Arlene Tankleff's bedroom, Trial Exhibit #'s 37-45, 53, 57, 143-144a

FF.  Original Trial Evidence List

GG.  New York Attorney General Evidence Receipt State Lab Number 08HL-00399 and Suffolk County Handwritten Version of Lab Report Number 988-57483

HH.  New York State Police Crime Laboratory Report Number 08HL-00399

II.  Photographs of bathtub, Trial Exhibit #'s 88-89

## RULE 56 MOTION EXHIBITS/EVIDENCE LIST – VOLUME II

JJ.  (incorrectly drawn as an Exhibit #)

KK.  50-h Examination completed on December 17, 2008

LL.  Huntley Hearing Decision, May 5, 1989

MM.  People v. Tankleff, 199 A.D.2d 550 (2nd Dept. 1993)

NN.    People v. Tankleff, 84 N.Y.2d 992 (1994)

OO.    Tankleff v. Senkowski, 993 F.Supp. 151 (E.D.N.Y 1997)

PP.    Tankleff v. Senkowski, 135 F.3d 235 (2nd Cir. 1998)

QQ.    People v. Tankleff, 49 A.D.3d 160 (2nd Dept. 2007)

RR.    July 22, 2008 Supreme Court Decision

SS.    New York State Commission of Investigation Report, December 2008

TT.    Summons and Complaint

UU.    Witness List for Criminal Trial

VV.    Disc containing all Trial Exhibits

WW.    Attorney General Memorandum of Law

XX     Deposition Testimony Norman Rein

YY     Deposition Testimony Robert Doyle

ZZ     Deposition Testimony Martin Tankleff

AAA    Deposition Testimony Martin Tankleff from State proceeding

BBB    Deposition testimony Vernard Adams

CCC    Affidavit Mike Carmody

DDD    Affidavit Robert Doyle

EEE    Affidavit Charles Kosciuk

FFF    Affidavit  K. James McCready

GGG    Declaration Norman Rein

HHH    Deposition testimony John Collins

I I I    Deposition testimony Ed Jablonski

JJJ     Deposition testimony  Robert Gottlieb

KKK     Judge Seybert 12 (c) Decision Dec. 21, 2010

LLL     Proposed Amended Complaint

MMM     Deposition James Trainum

NNN     Expert report Michael Baden

WHEREFORE, the defendants respectfully request that the Court grant this motion for partial summary judgment pursuant to F.R.C.P. Rule 56.

Dated: Hauppauge, New York
       January 15, 2016

*/s/ Brian C. Mitchell*
Brian C. Mitchell
Assistant County Attorney