COUNTY OF SUFFOLK



**STEVE BELLONE**
SUFFOLK COUNTY EXECUTIVE

**DENNIS M. BROWN**                                             **DEPARTMENT OF LAW**
**COUNTY ATTORNEY**

January 2, 2018

Hon. Anne Y. Shields,
United States Magistrate Judge
United States Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722-9014

Re:      *Tankleff v. County of Suffolk, et al.*
Docket No.:   09-cv-1207(JS)(AYS)

Hon. Judge Shields:

Pursuant to your Honor's order of October 30, 2017, on behalf of all parties, the defendants submit this correspondence to advise the Court of the status of expert discovery and settlement discussions in the above referenced case. The parties can report to the Court that the two outstanding expert depositions have been completed. Regarding settlement, the parties are respectfully requesting an additional 30 days to continue discussions toward a possible resolution of the matter.

Since the conference on October 30, 2017, the plaintiff has submitted a particular demand which the defendants are considering. We are also continuing to discuss whether the aid of a mediator (private or through the Court) will aid in our settlement efforts, and we are requesting the additional thirty days to continue our good faith attempts. On November 29, 2017, Hon. District Judge Joanna Seybert set a trial date in the action for July 16, 2018, as well as dates for a pre-trial conference and the submission of motions *in limine*. The parties are not requesting that any of those dates be changed, and will continue our attempts to resolve the case concurrently with the pre-trial schedule set by Judge Seybert.

I thank the Court for its consideration of this submission.

Respectfully submitted,

Dennis M Brown
Suffolk County Attorney

*/s/ Brian C. Mitchell*

By:     Brian C. Mitchell
        Assistant County Attorney

cc:  Plaintiff's counsel via ECF