UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MARTIN TANKLEFF,

                        Plaintiff,

-against-

THE COUNTY OF SUFFOLK,
K. JAMES MCCREADY, NORMAN REIN,
CHARLES KOSCIUK, ROBERT
DOYLE AND JOHN MCELHONE, JOHN DOE
POLICE OFFICERS #1-10, RICHARD ROE
SUFFOLK COUNTY EMPLOYEES #1-10,

                        Defendants.

09-cv-1207(JS)(AYS)

ORDER ISSUED
PURSUANT TO G.M.L.
§6-n APPROVING
SETTLEMENT

P R E S E N T:  Hon. Joanna Seybert,

    WHEREAS, an application has been made to the undersigned by defendant COUNTY OF SUFFOLK in the captioned action for an Order approving a settlement of the action pursuant to Section 6-n of the General Municipal Law of the State of New York, for $10,000,000.00 (Ten Million Dollars),

    Now, upon reading and filing:

a)     the letter of Assistant County Attorney Brian C. Mitchell, dated August 29, 2018;

b)     the letter of Emma Freudenberger, Esq., dated August 28, 2018

c)     the General Release signed by plaintiff, Martin Tankleff and Emma Freudenberger, Esq. dated August 27, 2018;

d)     the letter of Bridget Fleming, Chairman of the Suffolk County Ways & Means Committee of the Suffolk County Legislature, dated April 19, 2018, approving settlement of the claim;

1

And it satisfactorily appearing to the Court based upon all prior proceedings had herein, that the proposed settlement of $10,000,000.00 to be paid by defendant COUNTY OF SUFFOLK, is just, reasonable and in the best interest of Suffolk County and the plaintiff;

IT IS THEREFORE ORDERED that said settlement is hereby approved.

SO ORDERED:

ENTER:

/s/ JOANNA SEYBERT
Hon. Joanna Seybert, U.S.D.J.

*The parties are directed to file a stipulation of discontinuance on or before October 2, 2018.*

2