UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTIRCT OF NEW YORK

| | | |
|---|---|---|
| MARTIN TANKLEFF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **Stipulation of** |
| | ) | **Settlement and** |
| | ) | **Discontinuance** |
| v. | ) | |
| | ) | **Case No. 2:09-cv-01207** |
| THE COUNTY OF SUFFOLK, K. JAMES | ) | |
| MCCREADY, NORMAN REIN, CHARLES | ) | |
| KOSCIUK, ROBERT DOYLE, and JOHN | ) | |
| MCCELHONE, JOHN DOE POLICE | ) | |
| OFFICERS #1–10, RICHARD ROE SUFFOLK | ) | |
| COUNTY EMPLOYEES #1–10, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between counsel, that this action

is settled in accordance with the parties' settlement agreement and the Court's September 4,

2018 Order approving settlement. Plaintiff acknowledges receipt of $10,000,000 from Defendant

Suffolk County in full satisfaction of the settlement agreement. The parties hereby jointly

stipulate to the dismissal of this action with prejudice under Federal Rule of Civil Procedure

41(a)(1)(A)(ii). The parties will bear their own costs and fees.


Dated: New York, New York
       November 19, 2018


                                        Respectfully submitted,



By:/s/ Emma Freudenberger                By:/s/ Brian Mitchell
Emma Freudenberger                       Brian Mitchell
Neufeld Scheck & Brustin, LLP            Assistant County Attorney
*Attorney for Plaintiff Martin Tankleff*   100 Veterans Memorial Highway
99 Hudson Street, Eighth Floor           P.O Box 6100
New York, NY 10013                       Hauppauge, NY 11788

**SO ORDERED:**

_____

HON. JOANA SEYBERT
U.S.D.J