UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTIRCT OF NEW YORK

MARTIN TANKLEFF,

    Plaintiff,

v.

THE COUNTY OF SUFFOLK, K. JAMES MCCREADY, NORMAN REIN, CHARLES KOSCIUK, ROBERT DOYLE, and JOHN MCCELHONE, JOHN DOE POLICE OFFICERS #1–10, RICHARD ROE SUFFOLK COUNTY EMPLOYEES #1–10,

    Defendants.

Stipulation of Settlement and Discontinuance

Case No. 2:09-cv-01207

ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between counsel, that this action is settled in accordance with the parties' settlement agreement and the Court's September 4, 2018 Order approving settlement. Plaintiff acknowledges receipt of $10,000,000 from Defendant Suffolk County in full satisfaction of the settlement agreement. The parties hereby jointly stipulate to the dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties will bear their own costs and fees.

Dated: New York, New York
       November 19, 2018

SO ORDERED:
/s/ JOANNA SEYBERT
Joanna Seybert, USDJ
Dated: Nov. 20, 2018
Central Islip, NY

By: /s/ Emma Freudenberger
Emma Freudenberger
Neufeld Scheck & Brustin, LLP
*Attorney for Plaintiff Martin Tankleff*
99 Hudson Street, Eighth Floor
New York, NY 10013

By: /s/ Brian Mitchell
Brian Mitchell
Assistant County Attorney
100 Veterans Memorial Highway
P.O Box 6100
Hauppauge, NY 11788

The Clerk of the Court is directed to mark this case CLOSED.